| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Francisca J Jung** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–2521** <br> EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **BJ ByungJoon Sung** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–8298** <br> EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Northern District of Illinois** | | Date case filed for chapter **7   1/9/19** |
| Case number:   **19–00554** | | |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Francisca J Jung | BJ ByungJoon Sung |
| 2. | **All other names used in the last 8 years** | | aka Byung Joon Sung |
| 3. | **Address** | 40 Prairie Park Drive, <br> Apt. #412 <br> Wheeling, IL 60090 | 40 Prairie Park Drive, <br> Apt. #412 <br> Wheeling, IL 60090 |
| 4. | **Debtor's attorney** <br> Name and address | David M Siegel <br> David M. Siegel & Associates <br> 790 Chaddick Drive <br> Wheeling, IL 60090 | Contact phone 847 520–8100 <br> Email: davidsiegelbk@gmail.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Alex D Moglia ESQ <br> Moglia Advisors <br> 1325 Remington Rd, Ste H <br> Schaumburg, IL 60173 | Contact phone 847 884–8282 <br> Email: amoglia@mogliaadvisors.com |

**For more information, see page 2 >**

| 6. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division 219 S Dearborn 7th Floor Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. Contact phone 1–866–222–8029 Date: 1/10/19 |
|---|---|---|
| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 6, 2019 at 02:30 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. **Debtors must bring a picture ID and proof of their Social Security Number.** | Location: **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604** |
| 8. **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** - if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or - if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** - if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/8/19** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Northern District of Illinois

In re:  
Francisca J Jung  
BJ ByungJoon Sung  
    Debtors

Case No. 19-00554-LAH  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: carmstead      Page 1 of 2      Date Rcvd: Jan 10, 2019  
                       Form ID: 309A      Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2019.

```
db/jdb         +Francisca J Jung,    BJ ByungJoon Sung,    40 Prairie Park Drive,,    Apt. #412,
                 Wheeling, IL 60090-2789
tr             +Alex D Moglia, ESQ,    Moglia Advisors,    1325 Remington Rd, Ste H,    Schaumburg, IL 60173-4815
27431657      #+Abrams & Abrams, PC,    180 W Washington Ste 910,    Chicago, IL 60602-2316
27431661       +Broadway Advance Funding,    39 Broadway St.,    Suite 930,    New York, NY 10006-3020
27431662       +Byung H Whang, Attorney at Law,    1100 Hicks Road,    Rolling Meadows, IL 60008-1016
27431664       +Cafe' Hana,    c/o Peter K Lee & Associates,    5757 N Lincoln Ave, Ste 20,
                 Chicago, IL 60659-4729
27431667       +Cathy E Howrwitz, Pc,    9933 Lawler Ave,    Suite 402,    Skokie, IL 60077-3049
27431669       +Central Property Management of Midw,    1625 Milwaukee Ave,    Glenview, IL 60025-1438
27431674       +Credence Resouce Management,    PO Box 2300,    Southgate, MI 48195-4300
27431677       +Edward Don Company,    9801 Adam Don Pkwy,    Woodridge, IL 60517-8136
27431678       +Feeley & Associates, Pc,    161 North Clark Street,    Suite 1600,    Chicago, IL 60601-3338
27431679       +Hsbc Bank,    PO BOX 52530,    Schaumburg, IL 60196-0001
27431686       +Kwan Ok You, Sung Joon Ahn & Young,    c/o Inseed Law, Pc,    2454 E Dempster St., Ste 301,
                 Des Plaines, IL 60016-5304
27431690       +Outfront Media,    1233 W Monroe,    Chicago, IL 60607-2508
27431691       +Park Realty, LLC,    1651 Mclendon Ave,    Atlanta, GA 30307-2152
27431692       +Quickstone Capital Solutions,    1111 N Westshore Blvd,    Suite 650,    Tampa, FL 33607-4706
27435699       +Roman Simkm,    40 Prairie Park Drive,    Wheeling, IL 60090-2725
27431693       +St. John's Bank & Trust in St. Loui,    8924 St. Charles Rock Road,    Saint Louis, MO 63114-4238
27431694       +Teller, Levit & Silvertrust, PC,    19 S LaSalle,    Suite 701,    Chicago, IL 60603-6369
27431695       +Walinski and Associates,    2215 Enterprise Drive,    Suite 1512,    Westchester, IL 60154-5804
27431685       +kenneth J Donkel, LLC,    Attorneys at Law,    7220 W 194th St.,Suite 105,
                 Tinley Park, IL 60487-9228
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty             E-mail/Text: davidsiegelbk@gmail.com Jan 11 2019 02:08:19      David M Siegel,
                 David M. Siegel & Associates,    790 Chaddick Drive,    Wheeling, IL   60090
27431658        EDI: AMEREXPR.COM Jan 11 2019 06:48:00      AMEX,    Bankruptcy Department,    PO Box 981535,
                 El Paso, TX 79998-1535
27431659       +EDI: AMEREXPR.COM Jan 11 2019 06:48:00      AMEX,    Attn: Bankruptcy Department,    PO Box 297871,
                 Fort Lauderdale, FL 33329-7871
27431660       +EDI: CINGMIDLAND.COM Jan 11 2019 06:48:00      AT&T,    Bankruptcy Department,
                 5407 Andrew Highway,    Midland, TX 79706-2851
27431665        EDI: CAPITALONE.COM Jan 11 2019 06:48:00      Cap One,    15000 Capital One Dr,
                 Richmond, VA 23238
27431663       +E-mail/Text: gocadle@cadleco.com Jan 11 2019 02:10:33      Cadles of Grassy Meadows, II,
                 100 North Center Street,    Newton Falls, OH 44444-1321
27431666       +EDI: CAPITALONE.COM Jan 11 2019 06:48:00      Cap One,    10700 Capital One Way,
                 Richmond, VA 23060-9243
27431668       +E-mail/Text: bankruptcy@cavps.com Jan 11 2019 02:10:29      Cavalry Portfolio Serv,
                 Po Box 27288,    Tempe, AZ 85285-7288
27431670       +EDI: CHASE.COM Jan 11 2019 06:48:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
27431671       +EDI: CITICORP.COM Jan 11 2019 06:48:00      Citi,    Attn: Bankruptcy Department,    PO Box 6241,
                 Sioux Falls, SD 57117-6241
27431672        EDI: CITICORP.COM Jan 11 2019 06:48:00      Citi,    PO Box 6500,    Sioux Falls, SD 57117-6500
27431673       +EDI: CITICORP.COM Jan 11 2019 06:48:00      Citibank NA,    PO Box 769006,
                 San Antonio, TX 78245-9006
27431675        EDI: DISCOVER.COM Jan 11 2019 06:48:00      Discover Bank,    PO Box 15316,
                 Wilmington, DE 19850
27431676       +EDI: DISCOVER.COM Jan 11 2019 06:48:00      Discover Bank,    Discover Products, Inc.,
                 PO Box 3025,    New Albany, OH 43054-3025
27431681       +E-mail/Text: rev.bankruptcy@illinois.gov Jan 11 2019 02:09:56
                 Illinois Department of Revenue,    Bankruptcy Section Level 7-425,    100 W. Randolph St.,
                 Chicago, IL 60601
27431683        EDI: IRS.COM Jan 11 2019 06:48:00      IRS,    Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
27431680       +E-mail/Text: rev.bankruptcy@illinois.gov Jan 11 2019 02:09:55
                 Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0291
27431684       +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Jan 11 2019 02:11:33
                 JH Portfolio Deb Equities,    5757 Phantom Drive,    Suite 225,    Hazelwood, MO 63042-2429
27431688        EDI: TSYS2.COM Jan 11 2019 06:48:00      MACYSDSNB,    911 Duke Blvd.,    Mason, OH 45040
27431687       +EDI: TSYS2.COM Jan 11 2019 06:48:00      Macy's,    Bankruptcy Processing,    PO Box 8053,
                 Mason, OH 45040-8053
27431689       +E-mail/Text: john.flagg@wismettacusa.com Jan 11 2019 02:08:45      Nishimoto Trading,
                 545 E Fullerton Ave,    Carol Stream, IL 60188-1803
                                                                                               TOTAL: 21
```

```
District/off: 0752-1           User: carmstead           Page 2 of 2           Date Rcvd: Jan 10, 2019
                               Form ID: 309A             Total Noticed: 42
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
27431682*     ++ILLINOIS DEPARTMENT OF REVENUE,   BANKRUPTCY DEPARTMENT,   P O BOX 64338,
                CHICAGO IL 60664-0291
               (address filed with court:   Illinois Dept. of Revenue,   Bankruptcy Unit,   P.O. Box 19035,
                Springfield, IL 62794-9035)
                                                                          TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2019 at the address(es) listed below:
          Alex D Moglia, ESQ    amoglia@mogliaadvisors.com, IL31@ecfcbis.com
          David M Siegel    on behalf of Debtor 2 BJ ByungJoon Sung davidsiegelbk@gmail.com,
           author@proofofpayments.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com
          David M Siegel    on behalf of Debtor 1 Francisca J Jung davidsiegelbk@gmail.com,
           author@proofofpayments.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                             TOTAL: 4
```